**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2498**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILTON FELIPE BELTRE,

Claimant - Appellant,

and

ONE 1991 INFINITI Q-45, VIN #JNKNG01C7MM105366,

Defendant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-98-925-BR)

---

Submitted: March 23, 2000          Decided: March 29, 2000

---

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Wilton Felipe Beltre, Appellant Pro Se. Stephen Aubrey West, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wilton Beltre appeals the district court's order denying his motion for reconsideration.[*] We have reviewed the record and the district court's opinion and order and find no reversible error. <u>See</u> <u>Williams</u>, 674 F.2d at 312. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] While styled as a motion pursuant to Fed. R. Civ. P. 59(e), this motion is properly construed pursuant to Fed. R. Civ. P. 60(b). <u>See</u> <u>United States v. Williams</u>, 674 F.2d 310, 312 (4th Cir. 1982).